**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Steven Dale WINSOR,**
**Defendant-Appellant.**

**No. 86–5179.**

United States Court of Appeals,
Ninth Circuit.

July 27, 1987.

Prior report: 816 F.2d 1394.

Before BROWNING, Chief Judge, GOODWIN, WALLACE, SNEED, KENNEDY, ANDERSON, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON,

O'SCANNLAIN, and LEAVY, Circuit Judges.

### ORDER

Upon the vote of a majority of the regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The previous three-judge panel assignment is withdrawn.